UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.J.R.R., a minor; and L.D.R.R., a minor<br><br>Petitioners,<br><br>v.<br><br>WILLIAM P. BARR, et al.<br><br>Respondents. | Case No.: 20cv361-LAB (MSB)<br><br>**ORDER OF DISMISSAL** |

Petitioners have filed a notice withdrawing their petition for writ of habeas corpus. The notice represents that counsel for Respondents does not oppose the withdrawal. Respondents have not answered or otherwise appeared. The motion is **DEEMED WITHDRAWN** and this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: March 4, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge